IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF AMERICAN CANYON and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No.: 12-cv-4600 JSC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference held on January 10, 2013, IT IS HEREBY ORDERED THAT:

**I.      CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Fact Discovery Cut-Off: | January 1, 2014 |
| Disclosure of Expert Witnesses: | February 7, 2014 |
| Expert Discovery Cut-Off: | April 1, 2014 |
| Last Day to Hear Dispositive Motions: | June 5, 2014 |

The parties shall appear for a further Case Management Conference on June 20, 2013, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. Counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

**II.    TRIAL DATE**

Bench trial will begin on September 29, 2014, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. The Court is expecting the length of the trial to not exceed five court days.

**IT IS SO ORDERED.**

Dated: January 11, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE