UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Northern California River Watch,            No. C12-4600  JSC

      Plaintiff(s),

                                                **ORDER OF DISMISSAL**

   v.

City of American Canyon,

      Defendant(s).

      The Court having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: February 28, 2013

                                                   Jacqueline Scott Corley
                                                   United States Magistrate Judge