United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 12-cv-4600 JSC<br><br>**ORDER VACATING DISMISSAL ORDER** |

The dismissal order (docket no. 19) issued on February 28, 2013 is hereby vacated. A case management conference is scheduled for May 30, 2013 at 1:30 p.m., Courtroom F, 15th Floor, 450 Golden Gate Avenue in San Francisco. A joint case management statement shall be filed by May 23, 2013.

**IT IS SO ORDERED.**

Dated: April 30, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE